**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| LEVIN GARCIA DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, SECRETARY OF STATE, *et al.*,<br><br>Defendants. | ) | Case No. 1:26-cv-1191 (AJT/WEF) |

## STIPULATION OF DISMISSAL

In this civil action, Plaintiff asks this Court to order the Department of State to adjudicate his immigrant visa application. The Department of State has adjudicated Plaintiff's visa application.

Accordingly, the parties hereby stipulate and agree that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs, attorney's fees, and expenses.

Respectfully submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.

/s/
SARAH B. PITNEY
VSB # 99165
ERICA REILLY
BENACH PITNEY REILLY LLP
4530 Wisconsin Ave NW, Suite 400
Washington, DC 20016
Tel: (202) 644-8600
Email: spitney@BPRimmigration.com
ereilly@BPRimmigration.com

*Counsel for Plaintiff*

So Ordered

Anthony J. Trenga
Senior U.S. District Judge
09/14/2026

Alexandria, VA 22314
Tel: (703) 299-3757
Fax: (703) 299-3983
Email: meghan.loftus@usdoj.gov

*Counsel for Defendants*

Date: September 14, 2026

Date: September 14, 2026